**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-1051**

_____

MARY ANN SMITH,

Plaintiff - Appellant,

versus

LARRY G. MASSANARI, Acting Commissioner of
Social Security Administration,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Glen E. Conrad, Magistrate Judge.
(CA-00-77-7)

_____

Submitted:  June 12, 2001                Decided:  June 29, 2001

_____

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Charles D. Bennett, Jr., Roanoke, Virginia, for Appellant.  James A. Winn, Regional Chief Counsel, Thomas C. Buchanan, Supervisory Regional Counsel, Robert W. Flynn, Assistant Regional Counsel, Office of General Counsel, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania; Robert P. Crouch, Jr., United States Attorney, Julie C. Dudley, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mary Ann Smith appeals the magistrate judge's order upholding the administrative law judge's denial of Social Security disability benefits.[*] We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. Smith v. Massanari, No. CA-00-77-7 (W.D. Va. Oct. 31, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C.A. § 636(c) (West 1993 & Supp. 2000).